FRANCIS J. GROARKE, an Infant, by FRANCIS GROARKE, His Guardian ad Litem, Appellant, *v.* GEORGE LAEMMLE, Respondent.

*Groarke* v. *Laemmle,* 91 App. Div. 614, reversed.
(Argued May 16, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles Green Smith* and *Lawrence Atterbury* for appellant.

*De Lagnel Berier* for respondent.

Judgment reversed and new trial granted, costs to abide event on the ground that defendant's negligence presented a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY and O'BRIEN, JJ.